**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & P Hospitality, LLC,**<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**Travelers Casualty Insurance Company of America,**<br><br>　　　　　　Defendants. | Case No. CV 20-5148-DMG (ASx)<br><br>**JUDGMENT** |

-1-

On May 19, 2021, this Court having granted Defendant Travelers Casualty Insurance Company of America's motion to dismiss with prejudice, thereby resolving all remaining issues and claims outstanding herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff G & P Hospitality, LLC, and that this action is dismissed on the merits.

**IT IS SO ORDERED.**

DATED: May 19, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE